AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Debevoise, Dickinson R | 2. Court or Organization  District Court - New Jersey | 3. Date of Report  04/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  MLK, Jr. Federal Bldg. & Court 50 Walnut Street Newark, New Jersey 07102-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Past Director | Columbia Law School Association |
| 3. Vice President and Director | N.J. Institute for Social Justice (Non-Profit Charitable Foundation) |
| 4. Member Emeritus Board of Visitors | Columbia Law School |
| 5. Co-Chair | Advisory Panel Greater Newark Health Systems Survey |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 APR 24 A 10: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | B | Interest | L | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millbuen, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 5. Wachovia Bank, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | See Part VIII | | | | |
| 7. Nuveen Bond Fund, Unit 522 (100) | A | Interest | J | T | | | | | |
| 8. Williams College Pooled Income Fund #3 | C | Interest | L | T | See Part VIII | | | | |
| 9. Nuveen Bond Fund, Unit 527 (100) | A | Interest | | | Redeemed | 1/15 | J | A | |
| 10. Nuveen Bond Fund, Unit 527 (100) | A | Interest | | | Redeemed | 4/15 | J | A | |
| 11. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 12. Nuveen Bond Fund, Unit 304 (60) | A | Interest | J | T | | | | | |
| 13. $25,000 N.J. State Due 8/1/20 | B | Interest | K | T | | | | | |
| 14. $25,000 So. Jersey Transit Auth. 11/01/09 | B | Interest | K | T | | | | | |
| 15. $25,000 N.J. Health Care Auth. 01/01/09 | B | Interest | K | T | | | | | |
| 16. $25,000 Monmouth Cty. Imp. Auth. 12/01/12 | B | Interest | K | T | | | | | |
| 17. $25,000 N.J. Health Care Auth. 07/01/10 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. $25,000 Lopatcong Twp. 7/15/22 | B | Interest | K | T | | | | | |
| 19. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 20. Fleet Bank Brunswick, ME | A | Interest | J | T | | | | | |
| 21. Family Trust See VIII | E | Dividend | O | T | | | | | |
| 22. Family Trust See VIII | E | Interest | O | T | | | | | |
| 23. -Blackrock Funds NJ Tax Free Bonds | | | | | | | | | |
| 24. -Blackrock N.J. Munic. (BN) | | | | | Pt. Sale1200 | 11/22 | K | A | |
| 25. -Alltel Corp. Com. | | | | | | | | | |
| 26. -BP PLC | | | | | Pt. sale 200 | 3/16 | J | D | |
| 27. -BP PLC | | | | | Pt. sale 200 | 7/31 | J | D | |
| 28. -Bristol Myers Squibb Com. | | | | | | | | | |
| 29. -FPL Group, Inc. Com. | | | | | | | | | |
| 30. -Chevron Texaco Corp. Com. | | | | | Pt. sale 200 | 3/16 | J | D | |
| 31. -Chevron Texaco Corp. Com. | | | | | Pt. sale 100 | 8/24 | J | D | |
| 32. Deere & Co. Com. | | | | | Sold | 11/22 | K | D | |
| 33. -International Paper Com. | | | | | | | | | |
| 34. -Peapack Gladstone Financial Corp. | | | | | Pt. sale 570 | 3/16 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Peapack Gladstone Financial Corp. | | | | | Pt. sale 400 | 8/24 | J | D | |
| 36. -Peapack Gladstone Financial Corp. | | | | | Pt. sale 600 | 11/22 | K | E | |
| 37. -Unilever NU New York Com. | | | | | | | | | |
| 38. -Roxiticus Golf Club Com. | | | | | | | | | |
| 39. -Kimberly-Clark Com. | | | | | Pt. sale 100 | 8/24 | J | · B | |
| 40. -Blackrock Money Market Institutional | | | | | | | | | |
| 41. -40,000 Hammonton 4.75% due on 7/1/18 | | | | | | | | | |
| 42. -50,000 Margate City 4.75% due on 2/1/17 | | | | | | | | | |
| 43. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 44. -Con Edison Co. PFD 7/01/41 Series | | | | | | | | | |
| 45. -General Dynamics Com. | | | | | Pt. sale 100 | 8/24 | J | A | |
| 46. -General Electric Com. | | · | | | Buy | 3/16 | J | | |
| 47. -Gannett Inc. Com. | | | | | Sold | 8/24 | J | A | |
| 48. -Colgate Palmolive Com. | | | | | Sold | 8/24 | K | A | |
| 49. -Johnson & Johnson Com. | | | | | | | | | |
| 50. -IBM | | | | | | | | | |
| 51. -Stryker Corp. Com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100.000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Medtronic Inc. | | | | | Pt. sale 200 | 3/16 | J | C | |
| 53. -Medtronic Inc. | | | | | Pt. sale 100 | 8/24 | J | B | |
| 54. -Varian Medical Systems Com. | | | | | | | | | |
| 55. -Bank of America | | | | | | | | | |
| 56. -Exelon Corp. | | | | | | | | | |
| 57. -Safeco Corp. | | | | | | | | | |
| 58. -Sara Lee | | | | | | | | | |
| 59. -Duke Realty Corp. | | | | | | | | | |
| 60. -Harbor Fund International | | | | | Buy | 3/14 | J | | |
| 61. -Kinder Morgan, Inc. | | | | | | | | | |
| 62. -Citigroup, Inc. | | | | | Buy | 3/16 | J | | |
| 63. -McGraw Hill Com. | | | | | Buy | 8/24 | J | | |
| 64. -United Technologies Com. | | | | | Buy | 8/24 | K | | |
| 65. -Wyeth Com. | | | | | Buy | 11/22 | J | | |
| 66. -Wyeth Com. | | | | | Buy | 8/24 | J | | |
| 67. -U.S. Treas Inflation Proj. | | | | | Buy | 11/22 | J | | |
| 68. -Associated Banc Corp. | | | | | Buy | 8/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Coca Cola | | | | | Buy | 8/19 | K | | |
| 70. -Fortune Brands | | | | | Buy | 8/19 | J | | |
| 71. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 72. John Hancock GPA V | A | Interest | K | T | | | | | |
| 73. Management account at PNC Bank, See VIII | | | | | | | | | |
| 74. ▆▆Blackrock Money Market Fund | B | Interest | K | T | | | | | |
| 75. ▆▆Fed. Farm. Credit Bk 6/17/13 | A | Interest | K | | called | 3/14 | K | A | |
| 76. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 77. Chevron Texaco Corp. Com. | B | Dividend | K | T | Pt. sale 200 | 3/16 | J | D | |
| 78. Chevron Texaco Corp. Com. | B | Dividend | K | T | Pt. sale 100 | 8/24 | J | C | |
| 79. Chevron Texaco Corp. Com. | B | Dividend | K | T | Pt. sale 200 | 11/22 | J | D | |
| 80. Johnson & Johnson | A | Dividend | K | T | Pt. sale 100 | 8/24 | J | C | |
| 81. Johnson & Johnson | A | Dividend | K | T | Pt. sale 200 | 11/22 | J | D | |
| 82. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale 300 | 3/16 | K | D | |
| 83. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale 100 | 8/24 | J | C | |
| 84. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale 200 | 11/22 | J | D | |
| 85. ▆▆N.J. EDL FACS Auth. Due 7/10/20 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Blackrock Fund NJ Tax Free #92 | E | Interest | N | T | | | | | |
| 87. Gannett, Inc. Com. | A | Dividend | J | T | | | | | |
| 88. Conagra Foods Com. | A | Dividend | | | Sale 300 | 8/24 | J | A | |
| 89. Unilever NV NY Com. | A | Dividend | | | Sale 100 | 8/24 | J | A | |
| 90. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 91. Washington Mutual Inc. Com. | A | Dividend | K | T | | | | | |
| 92. ▮▮▮▮Hammonton 4.75% due 7/01/18 | B | Interest | L | T | | | | | |
| 93. ▮▮▮▮Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 94. ▮▮▮▮Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |
| 95. General Dynamics Corp. Com. | A | Dividend | J | T | Pt. sale 100 | 8/24 | J | C | |
| 96. Bank of America Com. | A | Dividend | J | T | | | | | |
| 97. ▮▮▮▮Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 98. FPL Group, Inc. Com. | A | Dividend | J | T | St. Split100 | 3/16 | | | |
| 99. ▮▮▮▮New Bruns ick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 100. ▮▮▮▮Old Bridge T p. Bd. of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |
| 101. Con Edison Co. PFD 7.5% | C | Dividend | L | T | | | | | |
| 102. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Sara Lee Corp. Com. | A | Dividend | | | Sold | 8/24 | K | A | |
| 104. Kinder Morgan, Inc. Com. | A | Dividend | J | T | | | | | |
| 105. Duke Realty Com. | A | Dividend | J | T | | | | | |
| 106. Scudder Municipa[ ] | A | Interest | K | T | Pt. sale | 8/22 | K | A | |
| 107. JP Morgan Chase Cap PFD | C | Dividend | L | T | | | | | |
| 108. Harbor Intrl Fund II | A | Dividend | K | T | Bought | 3/14 | J | | |
| 109. U.S. Treas Notes 4.25% 8/15/13 | A | Interest | K | T | Bought | 3/14 | K | | |
| 110. Citigroup, Inc. | A | Dividend | J | T | Bought | 3/16 | J | | |
| 111. Dow Chemical | A | Dividend | | | Bought | 3/16 | J | | |
| 112. Dow Chemical | | | | | Sold | 11/22 | J | A | |
| 113. U.S. Treas Notes 3.375% 9/15/09 | A | Interest | K | T | Bought | 8/22 | K | | |
| 114. Associated Bancorp | A | Dividend | J | T | Bought | 8/24 | J | | |
| 115. Coca Cola | A | Dividend | K | T | Bought | 8/24 | K | | |
| 116. McGraw Hill | A | Dividend | J | T | Bought | 8/24 | J | | |
| 117. Nordstrom | A | Dividend | J | T | Bought | 8/24 | J | | |
| 118. United Technologies | A | Dividend | J | T | Bought | 8/24 | J | | |
| 119. Wyeth | A | Dividend | J | T | Bought | 8/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Proctor & Gamble | A | Dividend | J | T | Bought | 11/22 | J | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Debevoise, Dickinson R | 04/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From time to time the various Nuveen Funds make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

Family Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2005 values.

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date  _April 17, 2006_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544